UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Alison Tharp and Julie Whitfield Herod | Case No. 4:15-cv-00164-DMB-JMV |
| | **CLASS ACTION COMPLAINT** |
| Plaintiff, | |
| vs. | |
| DRAFTKINGS, INC., 225 Franklin Street, 26th Floor Boston, Massachusetts 02110 and JOHN DOES 1-100 | |
| Defendant | |

**Stipulation of Dismissal as to Plaintiff, Alison Tharp**

Comes now, Plaintiff, Alison Tharp, individually, hereby stipulates that the instant matter and any causes of action that Alison Tharp has against DraftKings be dismissed from the docket of the Northern District of Mississippi, without prejudice.

The sole and remaining Plaintiff and class representative is Julie Herod. Julie Herod maintains all pled causes of action against said, Draftkings.

So stipulated on this the 25 day of November, 2015.

                Alison Tharp and Julie Herod
                PLAINTIFFS


                BY:/s/Charles Edwards_____
                Charles Edwards, Esq. (MSBN 99773)
                Marc L Boutwell, Esq. (MSBN 9263)
                The Law Office of Marc Boutwell, PLLC
                Post Office Box 956
                Lexington, Mississippi 39095
                Telephone: (662) 834-9029
                Facsimile: (662) 834-3117

OF COUNSEL:

Stephen L. Gowan, MSB # 8854
GOWAN LAW OFFICE, PLLC
Post Office Box 629
Kosciusko, MS  39090-0629
Office:  (662) 290-0042
Fax:  (662) 289-3749