# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| WIL DICKERSON ) | Case No. 4:15-cv-00164-DMB-JMV |
| ) | |
| ) | **CLASS ACTION COMPLAINT** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DRAFTKINGS, INC., ) | |
| 225 Franklin Street, 26th Floor ) | |
| Boston, Massachusetts 02110 ) | |
| ) | |
| Defendant ) | |

**Stipulation of Dismissal as to Plaintiff, Julie Whitfield Herod**

Comes now, Plaintiff, Julie Whitfield Herod, individually, hereby stipulates that the instant matter and any causes of action that Julie Whitfield Herod has against DraftKings, Inc., be dismissed from the docket of the Northern District of Mississippi, without prejudice. Upon further investigation, Julie Whitfield Herod maintains that her husband has not participated in the alleged conduct in the complaint.

The sole and remaining Plaintiff and class representative is Wil Dickerson. Wil Dickerson maintains all pled causes of action against said, DraftKings.

So stipulated on this the 18th day of December, 2015.

        Julie Whitfield Herod
        PLAINTIFF

        BY:/s/Charles Edwards_____
        Charles Edwards, Esq. (MSBN 99773)
        Marc L Boutwell, Esq. (MSBN 9263)
        The Law Office of Marc Boutwell, PLLC
        Post Office Box 956
        Lexington, Mississippi 39095

              Telephone: (662) 834-9029
              Facsimile: (662) 834-3117

OF COUNSEL:

Stephen L. Gowan, MSB # 8854
GOWAN LAW OFFICE, PLLC
Post Office Box 629
Kosciusko, MS 39090-0629
Office: (662) 290-0042
Fax: (662) 289-3749